

**2**

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                                    CASE NO. **09-33295-C-7**

**RONALD LEWIS KAYLOR**            DC NO. **JRR-2**
                                         DATE: **FEBRUARY 9, 2010**
    Debtor(s).                    TIME: **9:30 A.M.**
_____/                 COURTROOM: **35**

**TRUSTEE'S MOTION FOR SALE OF ASSETS FREE AND
CLEAR OF LIENS AND ENCUMBRANCES**

    The Motion of JOHN R. ROBERTS, as Trustee of the estate of the above-named debtor, respectfully represents:

    1.    That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

    2.    That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

    **COMMERCIAL BUILDING COMMONLY KNOWN AS
    2555 HIGHWAY 158, JUNE LAKE, CA 93529
    APN: 015085010000**

    3.    That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

    4.    The Trustee has received an offer from EDWARD SUSZYNSKI AND ALICE S. SUSZYNSKI, no relationship to the debtor, for the sum of $165,000.00, cash as evidenced by the Commercial Property Purchase Agreement and Joint Escrow Instructions to the Exhibits and marked as **Exhibit "A"**.

1

5. Any costs to be paid will be paid as agreed upon in the attached offer.

6. An escrow has been opened at OLD REPUBLIC TITLE CO., escrow number 2123008868-KDD and a $8,250.00 deposit has been placed with said title company.

7. The Deed of Trust holder, MICHAEL A. PINIZZOTTO and NANCY J. PINIZZOTTO, in the approximate sum of $108,000.00, real property taxes, utility liens and county liens will be paid from the escrow, as applicable, along with real estate commissions and the usual and customary escrow and title fees. The bankruptcy estate will receive approximately $33,211.56. A copy of the estimated closing statement is attached to the Exhibits as Exhibit "B".

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein free and clear of liens and encumbrances.

DATED: January 5, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919